AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| SA MUSIC, LLC and HAROLD ARLEN TRUST,<br><br>*Plaintiff(s)*<br>v.<br>APPLE INC., AMAZON.COM, INC., AMAZON DIGITAL SERVICES LLC, GOOGLE INC., GOOGLE LLC, MICROSOFT CORPORATION, PANDORA MEDIA, INC., See Attachment # 1<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attachment # 2 for List of Defendants to be Served

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Henry L. Self, III (California State Bar No. 223153)
SELF & POWERS
1645 Vine Street - Suite 307
Los Angeles, California 90028-8805
Phone: (323) 487-0383
Fax: (323) 487-0384

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                         _____
                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Attachment 1

1  Henry L. Self, III (California State Bar No. 223153)
   SELF & POWERS
2  1645 Vine Street - Suite 307
   Los Angeles, California 90028-8805
3  Phone: (323) 487-0383
   Fax: (323) 487-0384
4  E-mail: hself@selfandpowers.com

5  Matthew F. Schwartz  * *Pro Hac Vice to be filed*
   Brian S. Levenson  * *Pro Hac Vice to be filed*
6  SCHWARTZ, PONTERIO & LEVENSON, PLLC
   134 West 29th Street – Suite 1006
7  New York, New York 10001
   Phone: (212) 714-1200
8  Fax: (212) 714-1264
   E-mail: mschwartz@splaw.us
9  E-mail: blevenson@splaw.us

10 Oren S. Giskan  * *Pro Hac Vice to be filed*
   GISKAN SOLOTAROFF & ANDERSON LLP
11 90 Broad Street – 10th Floor
   New York, NY 10004
12 Phone: (212) 847-8315
   Fax: (646) 520-3237
13 E-mail: ogiskan@gslawny.com

14 *Attorneys for Plaintiffs*

15

16                **UNITED STATES DISTRICT COURT**

17                **CENTRAL DISTRICT OF CALIFORNIA**

18

19  SA MUSIC, LLC and HAROLD ARLEN TRUST,           Case No.

20                      Plaintiffs,                  **COMPLAINT
                                                     FOR COPYRIGHT
21          v.                                       INFRINGEMENT
                                                     AND JURY DEMAND**
22  APPLE INC., AMAZON.COM, INC., AMAZON
    DIGITAL SERVICES LLC, GOOGLE INC., GOOGLE
23  LLC, MICROSOFT CORPORATION, PANDORA
    MEDIA, INC., THE ORCHARD ENTERPRISES,
24  INC., ORCHARD ENTERPRISES NY, INC.,
    BELIEVE, BELIEVE, SAS, BELIEVE DIGITAL SAS,
25  ISOLATION NETWORK, INC. d/b/a INGROOVES,
    SECOND WIND DIGITAL, THE STATE51
26  CONSPIRACY LTD, NAXOS OF AMERICA, INC.,
    PHONOFILE AS, ADASAM LIMITED,
27  CLEOPATRA RECORDS, INC., PICKWICK GROUP
    LIMITED, CUGATE LTD., WNTS, IDEAL MUSIC,
28  SHAMI MEDIA INC., BLUE SOUNDS, TVP, INC., J.

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | JOES J. EDIZIONI MUSICALI, MARATHON MEDIA INT. LTD., THOMAS COLLEY, BEST RECORDS, WERNER LAST'S FAVOURITES JAZZ, BROKEN AUDIO, RELOADED MUSIC, VINTAGE MUSIC SL, ACROBAT MUSIC LTD., FUTURE NOISE MUSIC LIMITED, PINK DOT, PRIMEPHONIC USA INC., DWK RECORDS, SENDDIGITAL, CTS DIGITAL, MICHAEL BENNETT, AP MUSIC LTD, JAZZSENTIAL, HASMICK PROMOTIONS LIMITED, HENRY HADAWAY ORGANIZATION LIMITED, ENTERTAIN ME LTD., OVC MEDIA, MACH60 MUSIC, AVID GROUP, IMPRESSIONS, GRALIN MUSIC, JAZZ CO., MOVE, XELON ENTERTAINMENT PTY. LTD., CHERISHED RECORDS, RAILROAD, VINTAGE RECORDS, PLENTY JAZZ RECORDS, JAZZ MOON, FAVORITE CLASSICS, HISTORICAL JAZZ, RARITY MUSIC, LIONFISH MUSIC, LLC, TRITON, SMITH & CO B.V., BRISA RECORDS, CLASSICS, ROBA MUSIC VERLAG GMBH, BACCI BROS RECORDS, DIGITAL GRAMOPHONE, PLAZA MAYOR COMPANY LIMITED, BLARICUM C.D. COMPANY (B.C.D.) BV, and John Doe Distributors and John Doe Pirate Labels 1-100, persons and entities whose identities are unknown to Plaintiffs but who have performed and participated in the unlawful acts alleged herein,<br><br>                                   Defendants. |

**Introduction**

1.    This case is about massive music piracy operations in the digital music stores and streaming services of some of the largest tech companies in the world. Apple, Amazon, Google, Microsoft, and Pandora and their distributors have joined with notorious music pirates to sell and stream thousands of pirated recordings embodying copyrighted musical works owned by Plaintiffs in the biggest copyright infringement operation since Napster.

2.    Plaintiffs are the legal and/or beneficial copyright owners of musical works composed by Harold Arlen, a premier composer of American music. Arlen composed some of the most popular songs of all time including the *Over the Rainbow* from The Wizard of Oz and many other seminal works in the American

# Attachment 2

# SA MUSIC, LLC, et al. v. APPLE INC., et al.

## ATTACHMENT # 2 – DEFENDANTS TO BE SERVED

Apple Inc.
Amazon.Com, Inc.
Amazon Digital Services LLC
Google Inc.
Google LLC
Microsoft Corporation
Pandora Media, Inc.
The Orchard Enterprises, Inc.
Orchard Enterprises NY, Inc.
Believe
Believe, SAS
Believe Digital SAS
Isolation Network, Inc. d/b/a INgrooves
Second Wind Digital
The State51 Conspiracy Ltd
Naxos Of America, Inc.
Phonofile AS
Adasam Limited
Cleopatra Records, Inc.
Pickwick Group Limited
Cugate Ltd.
Wnts
Ideal Music
Shami Media Inc.
Blue Sounds
TVP, Inc.
J. Joes J. Edizioni Musicali
Marathon Media Int. Ltd.
Thomas Colley
Best Records
Werner Last's Favourites Jazz
Broken Audio
Reloaded Music
Vintage Music SL
Acrobat Music Ltd.
Future Noise Music Limited
Pink Dot
Primephonic USA Inc.
DWK Records
Senddigital
CTS Digital
Michael Bennett
AP Music Ltd
Jazzsential
Hasmick Promotions Limited
Henry Hadaway Organization Limited
Entertain Me Ltd.
OVC Media
Mach60 Music
Avid Group
Impressions
Gralin Music
Jazz Co.
Move
Xelon Entertainment Pty. Ltd.
Cherished Records
Railroad
Vintage Records
Plenty Jazz Records
Jazz Moon
Favorite Classics
Historical Jazz
Rarity Music
Lionfish Music, LLC
Triton
Smith & Co B.V.
Brisa Records
Classics
Roba Music Verlag GMBH
Bacci Bros Records
Digital Gramophone
Plaza Mayor Company Limited
Blaricum C.D. Company (B.C.D.) BV
John Doe Distributors
John Doe Pirate Label