FILED

2019 JUN 10 AM 11: 28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SA Music, LLC et al<br><br>PLAINTIFF(S)<br>v.<br>Apple, Inc. et al<br><br>DEFENDANT(S). | CASE NUMBER<br>2:19-cv-04073-JFW-RAO<br><br>**RECEIPT FOR FOREIGN SERVICE FROM UNITED STATES POST OFFICE RE COMPLAINT** |

(ATTACH RECEIPT(S) FOR REGISTERED MAIL HERE)

I, Derek Davis, placed the documents noted in the letter on page two into the Fedex pick-up located at the Roybal Federal Courthouse, 255 E. Temple St. Los Angeles, CA 90012 on 6/10/2019 for service to the address on the pre-paid Fedex envelope noted on page three.
Derek Davis

# SCHWARTZ, PONTERIO & LEVENSON, PLLC

ATTORNEYS AT LAW
134 West 29th Street - Suite 1006
New York, New York 10001-5304
Tel. No.: (212) 714-1200
Fax No.: (212) 714-1264
E-Mail: mschwartz@splaw.us

May 30, 2019

Ms. Kiry K. Gray
Clerk of the Court
United States District Court – Central District of California
350 West First Street
Los Angeles, California 90012

      Re: Letter of Request
         SA Music LLC v. Apple, et al. (2:19-cv-04073-JFW-RAO)

To the Clerk of the Court, Kiry K. Gray:

 Plaintiff hereby requests service of the enclosed documents by Federal Express pursuant to FRCP Rule 4(f)(2)(C)(ii). The name and address of the party being served is:

      Adasam Limited
      The Allbrite Building
      Darley Dale Road
      Corby NN17 2DE
      United Kingdom

 The documents being served are enumerated as follows:

  (1) Civil Cover Sheet, Summons and Complaint (Docket Nos. 1-3)
  (2) Plaintiffs' Rule 7.1 Statement (Docket No. 5)
  (3) Report on Filing of a Copyright Action (Docket No. 6)
  (4) Standing Order of Judge Walter dated May 13, 2019 (Docket No. 13)

 Please let me know if you require further information.

            Very truly yours,

            *Matthew Schwartz*
            Matthew F. Schwartz

MS:ms
Enclosures

```
ORIGIN ID:EMTA  (213) 894-1585         SHIP DATE: 28MAY19
KIRY GRAY                              ACTWGT: 5.00 LB
U.S. DISTRICT COURT - LOS ANGELES      CAD: 8538327/INET4100
350 W 1ST STREET - SUITE 4311

LOS ANGELES, CA 90012 US               BILL SENDER
SIGN: KIRY GRAY                        NO EEI 30.37(a)

TO
   ADASAM LIMITED
   THE ALLBRITE BUIDLING
   DARLEY DALE ROOAD
   CORBY NR NN17 2DE
   441536202295         REF:              (GB)
   INV:
   PO:                  DEPT:
```



FedEx Express

E

TRK# 7753 2492 9978          A2
0430                         INTL ECONOMY

S6 ORMA                      NN17 2DE
                             NR-GB  STN

