**DENIED**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE

7/29/19

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SA MUSIC, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., et al., <br><br> Defendants. | Case No. 2:19-cv-04073-JFW-RAO <br><br> **[PROPOSED] ORDER RE STIPULATION TO EXTEND THE TIME TO SERVE DEFENDANTS AND TO RESPOND TO THE COMPLAINT AND TO ADJOURN SCHEDULING CONFERENCE AND SUBMISSION OF JOINT REPORT** |

It is hereby ordered that, for good cause shown, the deadline for Plaintiffs to serve domestic defendants is hereby extended to October 7, 2019; the deadline for Defendants Apple Inc., Amazon.com, Inc., Amazon Digital Services LLC, Google Inc., Google LLC, Microsoft Corporation, Naxos of America, Inc., Pandora Media, Inc., The Orchard Enterprises, Inc., Orchard Enterprises NY, Inc., TVP, Inc., Lionfish Music, LLC, Marathon Media Int. Ltd., and Isolation Network, Inc. d/b/a INgrooves to respond to the Complaint shall be extended to October 27, 2019; and the Scheduling Conference is adjourned until October ____, 2019 at _____ a.m./p.m. before Judge John F. Walter in Courtroom 7A, 350 W. 1st St, Los Angeles, CA 90012 and the Joint Report shall be submitted on or before _____, 2019.

Dated:_____        _____
                                    HON. JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE

1

**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO SERVE DEFENDANTS AND TO RESPOND TO THE COMPLAINT AND TO ADJOURN SCHEDULING CONFERENCE AND SUBMISSION OF JOINT REPORT**
Case No. 2:19-cv-04073-JFW-RAO