Neville L. Johnson (SBN 66329)
Robert Paredes (SBN 255329)
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com
rparedes@jjllplaw.com

*Attorneys for Defendant*
LIONFISH MUSIC LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SA MUSIC, LLC and HAROLD ARLEN TRUST,, <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC., et al, <br><br> Defendants. | CASE NO. 2:19-cv-04073-JFW-RAO <br><br> **LIONFISH MUSIC LLC'S RULE 7.1 DISCLOSURE STATEMENT** |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

    PLEASE TAKE NOTICE that the undersigned, counsel of record for defendant Lionfish Music LLC, makes the following corporate disclosure pursuant to Federal Rule of Civil Procedure 7.1: Lionfish Music LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

    Lionfish Music LLC is not aware of any persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that may have a pecuniary interest in the outcome of this case, other than the plaintiffs and defendants in this case.

Dated: August 2, 2019                          **JOHNSON & JOHNSON LLP**

                                              By  /s Neville L. Johnson
                                                    Neville L. Johnson
                                                    Robert Paredes
                                                    *Attorneys for Defendant*
                                                    Lionfish Music LLC