# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SA MUSIC, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC., et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-04073-JFW-RAO<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: June 13, 2019<br>Current response date: July 5, 2019<br>New response date: August 19, 2019 |

　　It is hereby ordered that, for good cause shown, the deadline for Defendant Acrobat Music Limited to answer or respond to the Complaint shall be extended to August 19, 2019.

Dated:_____　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE