Kenneth D. Freundlich (SBN: 119806)
Michael J. Kaiser (SBN: 258717)
FREUNDLICH LAW
16133 Ventura Blvd. Suite 645
Encino, CA  91436
P: (310) 275-5350
P: (818) 377-3790
F: (310) 275-5351
E-Mail:      ken@freundlichlaw.com
E-Mail:      mkaiser@freundlichlaw.com
*Attorneys for Defendant Marathon Media International, Ltd.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SA MUSIC, LLC, et al.,<br><br>            Plaintiffs<br>      v.<br><br>APPLE INC., et al.,<br><br>            Defendants. | Case No. 2:19-cv-04073-JFW-RAO<br><br>**DEFENDANT MARATHON MEDIA INTERNATIONAL, LTD.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE AND NOTICE OF INTERESTED PARTIES** |

PLEASE TAKE NOTICE that the undersigned, counsel of record for defendant Marathon Media International Ltd. ("Marathon"), makes the following corporate disclosure pursuant to Federal Rule of Civil Procedure 7.1: Marathon is wholly owned by its parent company, VBP Holdings ApS ("VBP").

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Marathon, certifies that Marathon is not aware of any persons, associations of persons, firms,

---

1

**DEFENDANT MARATHON MEDIA INTERNATIONAL, LTD.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE AND NOTICE OF  INTERESTED PARTIES**
**Case No. 2:19-cv-04073-JFW-RAO**

partnerships, corporations or other entities that may have a pecuniary interest in the outcome of this case, other than VBP and the plaintiffs and defendants in this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

For the avoidance of doubt, Marathon reserves all of its defenses and objections under Federal Rule of Civil Procedure 12(b) or otherwise, including, but not limited to, defenses and/or objections regarding personal jurisdiction and/or venue.

DATED: August 5, 2019
Encino, California

By: /s/ Kenneth D. Freundlich
Kenneth D. Freundlich
FREUNDLICH LAW
16133 Ventura Blvd. Ste. 645
Encino, CA 91436
Phone: (310) 275-5350; E-Mail:
ken@freundlichlaw.com

*Attorneys for Defendant Marathon Media International Ltd.*

---

2

DEFENDANT MARATHON MEDIA INTERNATIONAL, LTD.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE AND NOTICE OF INTERESTED PARTIES
Case No. 2:19-cv-04073-JFW-RAO