3



FILED
2019 AUG -1  AM 10: 57

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

| SA Music, LLC et al | CASE NUMBER | BY: |
|---|---|---|
| | 2:19-cv-04073-JFW-RAO | |
| PLAINTIFF(S) | | |
| v. | **RECEIPT FOR FOREIGN SERVICE FROM** | |
| Apple, Inc. et al | **UNITED STATES POST OFFICE RE COMPLAINT** | |
| DEFENDANT(S). | | |

(ATTACH RECEIPT(S) FOR REGISTERED MAIL HERE)

CV-75 (06/07)     RECEIPT FOR FOREIGN SERVICE FROM U.S. POST OFFICE RE COMPLAINT

## SCHWARTZ, PONTERIO & LEVENSON, PLLC

ATTORNEYS AT LAW
134 West 29th Street - Suite 1006
New York, New York 10001-5304
Tel. No.: (212) 714-1200
Fax No.: (212) 714-1264
E-Mail: mschwartz@splaw.us

July 24, 2019

Ms. Kiry K. Gray
Clerk of the Court
United States District Court – Central District of California
350 West First Street
Los Angeles, California 90012

       Re:    Letter of Request
              SA Music LLC v. Apple, et al. (2:19-cv-04073-JFW-RAO)

To the Clerk of the Court, Kiry K. Gray:

      Plaintiff hereby requests service of the enclosed documents by Federal Express #775819769282 pursuant to FRCP Rule 4(f)(2)(C)(ii). The name and address of the party being served is:

              Cugate Ltd.
              69 Great Hampton Street
              Birmingham
              West Midlands, B18 6EW
              United Kingdom

The documents being served are enumerated as follows:

    (1) Civil Cover Sheet, Summons and Complaint (Docket Nos. 1-3)
    (2) Plaintiffs' Rule 7.1 Statement (Docket No. 5)
    (3) Report on Filing of a Copyright Action (Docket No. 6)
    (4) Standing Order of Judge Walter dated May 13, 2019 (Docket No. 13)

Please let me know if you require further information.

                                                      Very truly yours,

                                                      Matthew F. Schwartz

MS:ms
Enclosures

# FedEx Express

ORIGIN ID:EMTA    (213) 894-1505
KRY GRAY
U.S. DISTRICT COURT - LOS ANGELES
350 W 1ST STREET - SUITE 4311
LOS ANGELES, CA 90012 US
SIGN: KRY GRAY

SHIP DATE: 24JUL19
ACTWGT: 5.00 LB
CAD: 8538327/INET4160

BILL SENDER

TO **CUGATE LTD.**
69 GREAT HAMPTON STREET

BIRMINGHAM WM B18 6EW
REF: 4051.01

INV:
PO:
DEPT:

NO EEI 30.37(a)

(GB)

567J2/A6F9/05A2

TRK# 7758 1976 9282
0430

A2
INTL ECONOMY

S6 LPHA
B18 6EW
WM-GB STN


