Matthew F. Schwartz  * *Pro Hac Vice*
Brian S. Levenson  * *Pro Hac Vice*
SCHWARTZ, PONTERIO & LEVENSON, PLLC
134 West 29th Street, Suite 1006
New York, New York 10001
Phone: (212) 714-1200
Fax: (212) 714-1264
E-mail: mschwartz@splaw.us
E-mail: blevenson@splaw.us

Oren S. Giskan  * *Pro Hac Vice*
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street, 10th Floor
New York, New York 10004
Phone: (212) 847-8315
Fax: (646) 520-3237
E-mail: ogiskan@gslawny.com

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Phone: (818) 763-6289
Fax: (818) 763-4676
E-mail: lawoffah@aol.com

*Attorneys for Plaintiffs*
SA MUSIC, LLC and
HAROLD ARLEN TRUST

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SA MUSIC, LLC, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>APPLE INC., et al.,<br><br>       Defendants. | Case No. 2:19-cv-04073-JFW-RAO<br><br>**PROOF OF SERVICE<br>ON DEFENDANT<br>ENTERTAINMENT ONE U.S. LP** |

# DECLARATION OF KEVIN DUNN

I hereby declare the following statements are true:

1. I received the Summons and Complaint (Docket Nos. 1 and 9) and the Initial Standing Order (Docket No. 13) on August  5 , 2019.

2. On August  5 , 2019, I served the Summons and Complaint and Initial Standing Order on defendant Entertainment One U.S. LP by personally delivering copies of the papers to defendant's registered agent Registered Agent Solutions ("RAS"), 9 East Loockerman Street – Suite 311, Dover, DE 19901. I gave the papers to a RAS employee named  JUSTIN WOODS .

3. I declare under penalty of perjury, that the foregoing is true and correct.

Executed on August  5 , 2019

_____
Kevin Dunn