UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 19-4073-JFW(ASx)** | Date:  September 12, 2019 |
| Title: | SA Music, LLC, et al. *-v-* Apple, Inc., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DISMISSING DEFENDANTS AND CLAIMS**

On September 5, 2019, the Court ordered Plaintiffs to show cause in writing by September 10, 2019 why the Court should not find that joinder of the Defendants in this action is improper under Rule 20(a)(2) and why the Court should not exercise its discretion and sever and dismiss the claims against all the Defendants except Apple, Inc.  Docket No. 218.  On September 10, 2019, Plaintiffs filed their Response.  Docket No. 221.  In their Response, Plaintiffs state that "Plaintiffs propose that the Court sever and dismiss, without prejudice, all defendants and claims with the exception of those in the Forty-Second Claim against Apple, Inc., Ingrooves, Genepool, and Ideal."  Response, 6: 15-17.

Rule 21, which addresses misjoinder of parties, provides:

> Misjoinder of parties is not a ground for dismissing an action.  On motion or on its own, the court may at any time, on just terms, add or drop a party.  The court may also sever any claim against a party.

The Court accepts Plaintiffs' proposal to sever and dismiss all defendants and all claims with the exception of those claims alleged in the Forty-Second Claim against Apple, Inc., Isolation Network, Inc., d/b/a Ingrooves, Genepool Distribution Ltd., and Ideal Music Limited.  Accordingly, the Court **DISMISSES without prejudice** all defendants named in the First Amended Complaint except Apple, Inc., Isolation Network, Inc., d/b/a Ingrooves, Genepool Distribution Ltd., and Ideal Music Limited.  In addition, the Court **DISMISSES without prejudice** all claims alleged in the First Amended Complaint except the Forty-Second Claim.

IT IS SO ORDERED.