

FILED
CLERK, U.S. DISTRICT COURT

10/15/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: DD                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SA Music, LLC et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:19-cv-04073-JFW-RAO |
| v. | |
| Apple, Inc. et al | **RECEIPT FOR FOREIGN SERVICE FROM UNITED STATES POST OFFICE RE COMPLAINT** |
| DEFENDANT(S). | |

### (ATTACH RECEIPT(S) FOR REGISTERED MAIL HERE)

# SCHWARTZ, PONTERIO & LEVENSON, PLLC

ATTORNEYS AT LAW
134 West 29th Street - Suite 1006
New York, New York 10001-5304
Tel. No.: (212) 714-1200
Fax No.: (212) 714-1264
E-Mail: mschwartz@splaw.us

October 10, 2019

Ms. Kiry K. Gray
Clerk of the Court
United States District Court – Central District of California
255 East Temple Street
Los Angeles, CA 90012-3332

      Re: Letter of Request
        SA Music LLC v. Apple, et al. (2:19-cv-04073-JFW-RAO)

To the Clerk of the Court, Kiry K. Gray:

 Plaintiffs hereby request you make service of the enclosed documents by Federal Express (Tracking Number 7766 7667 6911) pursuant to FRCP Rule 4(f)(2)(C)(ii). The name and address of the party being served is:

> Ideal Music Limited
> 10 Wades Grove
> London, N21 1BH
> United Kingdom

The documents being served are enumerated as follows:

(1) Civil Cover Sheet, Summons and Second Amended Complaint (Docket Nos. 2, 224, 228)
(2) Plaintiffs' Second Amended Rule 7.1 Statement (Docket No. 206)
(3) Amended Report on Filing of a Copyright Action (Docket No. 231)
(4) Standing Order of Judge Walter dated May 13, 2019 (Docket No. 13)

Please let me know if you require further information.

            Very truly yours,

            Matthew F. Schwartz

MS:ms
Enclosures





earthsmart
FedEx carbon-neut
envelope shipping

ORIGIN ID:EMTA   (213) 894-1565
KIRY GRAY - CLERK OF COURT
U.S. DISTRICT COURT - LOS ANGELES
350 W 1ST STREET - SUITE 4311
LOS ANGELES, CA 90012 US
SIGN: KIRY GRAY - CLERK OF

SHIP DATE: 10OCT19
ACTWGT: 1.00 LB
CAD: 8538327/INET4160

BILL SENDER
NO EEI 30.37(a)

TO **IDEAL MUSIC LIMITED**

**10 WADES GROVE**

**LONDON LO N21 1BH**   (GB)
7771813255   REF:
INV:
PO:   DEPT.




TRK# 7766 7667 6911
0430

A1
INTL PRIORITY

**X7 OKHA**   N21 1BH
LO-GB   STN



Align bottom of peel-and-stick airbill or pouch here.