# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SA MUSIC, LLC and WILLIAM KOLBERT, AS TRUSTEE OF THE HAROLD ARLEN TRUST,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., et al.,<br><br>　　　　Defendants. | CASE NO. 19-cv-04073-JFW-RAO<br><br>[~~PROPOSED~~] ORDER GRANTING ESI STIPULATION |

It is hereby ordered that the ESI stipulation filed by Defendant Apple Inc. and Plaintiffs SA Music, LLC and William Kolbert, as Trustee of the Harold Arlen Trust, is granted.

DATED:  November 25, 2019.

*[signature]*
_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE