MATTHEW F. SCHWARTZ (*pro hac vice*)
  mschwartz@splaw.us
BRIAN S. LEVENSON (*pro hac vice*)
  blevenson@splaw.us
SCHWARTZ, PONTERIO &
  LEVENSON, PLLC
134 West 29th Street, Suite 1006
New York, New York 10001
Telephone: (212) 714-1200
Facsimile: (212) 714-1264

OREN S. GISKAN  (*pro hac vice*)
  ogiskan@gslawny.com
GISKAN SOLOTAROFF &
  ANDERSON LLP
90 Broad Street, 10th Floor
New York, New York 10004
Telephone: (212) 847-8315
Facsimile: (646) 520-3237

Allen Hyman, SBN 73371
  lawoffah@aol.com
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Telephone: (818) 763-6289
Facsimile: (818) 763-4676

*Attorneys for Plaintiffs*

SCOTT A. EDELMAN, SBN 116927
  sedelman@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Suite 4000
Los Angeles, CA  90067-3026
Telephone: 310.552.8500
Facsimile:  310.551.8741

GABRIELLE LEVIN (*pro hac vice*)
  glevin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000
Facsimile:  212.351.4035

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SA MUSIC, LLC and WILLIAM KOLBERT, AS TRUSTEE OF THE HAROLD ARLEN TRUST,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | CASE NO. 2:19-cv-04073-JFW-RAO<br><br>**STIPULATION OF DISMISSAL** |

Gibson, Dunn &
Crutcher LLP

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action and all claims and counterclaims therein are hereby dismissed with prejudice as to defendant Apple Inc.

DATED: March 23, 2020                    Respectfully submitted,

By:    /s/ *Ilissa Samplin*
Scott A. Edelman (SBN 116927)
Gabrielle Levin (*Pro Hac Vice*)
Ilissa Samplin (SBN 314018)
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Telephone: (310) 552-8500
E-mail: sedelman@gibsondunn.com
E-mail: glevin@gibsondunn.com
E-mail: isamplin@gibsondunn.com

*Attorneys for Defendant APPLE INC.*

DATED: March 23, 2020                    Respectfully submitted,

By:    /s/ *Matthew F. Schwartz*
Matthew F. Schwartz  (*Pro Hac Vice*)
Brian S. Levenson  (*Pro Hac Vice*)
SCHWARTZ, PONTERIO & LEVENSON, PLLC
134 West 29th Street, Suite 1006
New York, New York 10001
Phone: (212) 714-1200
E-mail: mschwartz@splaw.us
E-mail: blevenson@splaw.us

Oren S. Giskan  (*Pro Hac Vice*)
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street, 10th Floor
New York, New York 10004
Phone: (212) 847-8315
E-mail: ogiskan@gslawny.com

Gibson, Dunn &
Crutcher LLP

2

STIPULATION OF DISMISSAL
2:19-cv-04073-JFW-RAO

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Phone: (818) 763-6289
E-mail: lawoffah@aol.com

*Attorneys for Plaintiffs*
*SA MUSIC, LLC and HAROLD ARLEN TRUST*

## ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

By: */s/ Ilissa Samplin*
      Ilissa Samplin

*Attorney for Defendant APPLE INC.*